UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1450

JUDY SKINNER,

Plaintiff - Appellant,

versus

QUINTILES TRANSNATIONAL CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., District Judge. (CA-01-1123)

Submitted: November 21, 2003       Decided: December 5, 2003

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roger Rizk, Charlotte, North Carolina, for Appellant. Rosemary G. Kenyon, Zebulon D. Anderson, Kathryn R. Valeika, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P., Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Judy Skinner appeals the district court's order accepting the recommendation of the magistrate judge granting summary judgment to Defendant and dismissing Skinner's action brought pursuant to the American with Disabilities Act, 42 U.S.C. § 12102(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Skinner v. Quintiles Transnational Corp.</u>, No. CA-02-1123 (M.D.N.C. Mar. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>